OPINION — AG — THE DECISION CARRIED IN `MARKUM V. STATE FARM MUTUAL, 464 F.2d 703' DOES NOT AFFECT THE RIGHT OF THE INSURANCE CARRIER TO REQUIRE RESPONSIBLE PHYSICAL EXAMINATION BEFORE ACTING ON A CLAIM IF THAT RIGHT IS A PART OF THE CONTRACT; OR THE RIGHT OF PARTIES TO REQUIRE ARBITRATION PRIOR TO FILING LAW SUIT IF THAT IS ALSO A PART OF THE CONTRACT. CITE: 36 O.S. 1977 Supp., 3636 [36-3636] (JOHNNY J. AKINS)